## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF MISSISSIPPI

**IN RE: JAMIE W. WREN**                                    **CHAPTER 13**

**DEBTOR**                                          **CASE NO.  18-14948-JDW**

## <u>WITHDRAWAL OF OBJECTION TO SECURED CLAIM</u>

COMES NOW, Jamie W. Wren, Debtor, by and through counsel, and files this

Withdrawal of Objection (Dkt. #17) to the Secured Claim filed by 21st Mortgage Corporation

(Claim #5).  The document was mistakenly filed as an Objection to Secured Claim.

This the 22nd  day of February, 2019.

/s/Karen B. Schneller
KAREN B. SCHNELLER, MSB 6558
ROBERT H. LOMENICK, JR., MSB 104186
SCHNELLER & LOMENICK, P.A.
126 NORTH SPRING STREET
POST OFFICE BOX 417
HOLLY SPRINGS, MS 38635
662-252-3224/karen.schneller@gmail.com

<u>CERTIFICATE OF SERVICE</u>

     I, Karen B. Schneller/Robert H. Lomenick, attorney for the Debtor, hereby certify that a copy of the foregoing Notice of Objection to Claim and Objection to Claim has this day been served upon the Chapter 13 Trustee, the U.S. Trustee and Mississippi Department of Revenue, either by electronic means or by United States Mail.

**21st Mortgage Corporation**
**P.O. Box 477**
**Knoxville, TN 37901**

**Ms. Locke D. Barkley**
**Chapter 13 Trustee**
**6360 I-55 North, Suite 140**
**Jackson, MS 39211**

**Office of U.S. Trustee**
**501 East Court Street, Suite 6-430**
**Jackson, Mississippi 39201**

     This the 22nd  day of February, 2019,

     /s/Karen B. Schneller_____
     **KAREN B. SCHNELLER**
     **ROBERT H. LOMENICK**