

SO ORDERED,

**Judge Jason D. Woodard**

United States Bankruptcy Judge

The Order of the Court is set forth below. The case docket reflects the date entered.

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:              CHAPTER 13 CASE NO.:

JAMIE W. WREN                  18-14948-JDW

### AGREED ORDER OVERRULING IN PART OBJECTION TO CONFIRMATION (DKT. #16)

THIS CAUSE came before the Court on the Objection to Confirmation of First Amended Plan (Dkt. #16) (the "Objection") filed by Locke D. Barkley, Chapter 13 Trustee (the "Trustee") and the Court having been advised that the parties have reached an agreement with respect to the Objection and that they desire to memorialize their agreement in this Agreed Order, and being otherwise advised in the premises, the Court is of the opinion that the agreement of the parties is appropriate and should be set forth herein. The Court does hereby order and adjudicate as follows:

1. The Objection shall be and is hereby overruled in part.

2. Within fourteen (14) days of entry of this Agreed Order, the Debtor shall provide to the Trustee with copies of his pay advices.

3. Failure to comply with the terms of this Agreed Order shall result in the denial of confirmation without further notice or hearing. In the event confirmation is denied this case may be dismissed without further notice or hearing.

##END OF ORDER##

AGREED & APPROVED:

/s/ Melanie T. Vardaman
MELANIE T. VARDAMAN – (MSB# 100392)
ATTORNEY FOR TRUSTEE

KAREN B. SCHNELLER
ATTORNEY FOR DEBTOR

Prepared by:
Melanie T. Vardaman, Esq.
Attorney for Trustee
6360 I-55 North, Suite 140
Jackson, Miss. 39211
(601) 355-6661
ssmith@barkley13.com
MSB No. 100392