

**SO ORDERED,**

**Judge Jason D. Woodard**

United States Bankruptcy Judge

The Order of the Court is set forth below. The case docket reflects the date entered.

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF MISSISSIPPI

IN RE: JAMIE W. WREN                  CHAPTER 13

DEBTOR                                CASE NO. 18-14948 JDW

### ORDER

THIS CAUSE came on before the Court, Debtor's Objection to the Proof of Claim filed by 21ST Mortgage Corporation [Claim No. 5], no response having been filed by the deadline set by the Court, and the Court being fully advised in the premises finds that:     (JDW)

It is therefore, ORDERED that the arrearage portion of the Proof of Claim filed by 21ST Mortgage Corporation [Claim No. 5] is disallowed.

#### #ENDOFORDER#

SUBMITTED BY:
KAREN B. SCHNELLER, MSB 6558
ROBERT H. LOMENICK, JR., MSB 104186
SCHNELLER & LOMENICK, P.A.
126 NORTH SPRING STREET
POST OFFICE BOX 417
HOLLY SPRINGS, MISSISSIPPI 38635
662-252-3224 /karen.schneller@gmail.com
rlomenick@gmail.com
ATTORNEYS FOR DEBTOR